JS-6

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division
JUSTIN A. OKUN (Cal. Bar No. 230954)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-7354
    Facsimile: (213) 894-7819
    E-mail: Justin.Okun@usdoj.gov

Attorneys for Defendant
United States Environmental Protection Agency

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEMIEUX & O'NEILL, EX REL. LAS VIRGENES – TRIUNFO JOINT POWERS AUTHORITY, a public agency,<br><br>    Plaintiff,<br><br>    v.<br><br>GINA McCARTHY, Administrator of the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and DOES 1-10, inclusive,<br><br>    Defendants. | No. CV 16-00570 AB (Ex)<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br><br><br><br><br><br><br>Honorable André Birotte Jr.<br>United States District Judge |

The Court, having granted the Defendant's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant was entitled to judgment as a matter of law on all claims for relief alleged against it, and in accordance with its Order of January 27, 2017, granting summary judgment,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that Defendant United States Environmental Protection Agency shall have judgment in its favor on Plaintiff's entire action.

DATED: March 16, 2017

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division

/s/ *Justin A. Okun*
Assistant United States Attorney

Attorneys for Defendant
United States Environmental Protection Agency